UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/13/2026
```

UNITED STATES OF AMERICA,

-v-

YENDER MAYKIER MATA,

Defendant.

25-cr-76 (MKV)

ORDER APPOINTING
LEARNED COUNSEL

MARY KAY VYSKOCIL, United States District Judge:

Pursuant to 18 U.S.C. § 3005 and the SDNY Policy Governing Appointment of CJA

Counsel in Capital Cases, IT IS HEREBY ORDERED that Bruce Koffsky is appointed as Learned

Counsel for the defendant.  The Court will separately issue a Seed Budget Order.

**SO ORDERED.**

**Date:  February 13, 2026**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**